**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Dannie Lee LaFleur
General Delivery DOC No. 600564
Louisiana State Prison
Angola LA 70712

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on August 31, 2022 |

**REHEARING ACTION: August 31, 2022**

**Docket Number: 22   00223-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DANNIE LEE LAFLEUR**

**Writ Application from Evangeline Parish Case No. 88688**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks**
   **Hon. Jonathan W. Perry**
   **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Dannie Lee LaFleur** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent